```
         IN THE UNITED STATES DISTRICT COURT
       FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                    WESTERN DIVISION
```

KAREEM L. BALDWIN                                        PETITIONER

VERSUS                              CIVIL ACTION NO.5:06cv58-DCB-MTP

JERRY PARKER and
JIM HOOD, ATTORNEY GENERAL                              RESPONDENTS

## FINAL JUDGMENT

This matter came before the Court on Magistrate Judge Michael T. Parker's Report and Recommendation dated October 16, 2006 [**docket entry no. 10**], which recommends that the petition be dismissed with prejudice, and the Court having adopted the Report and Recommendation of even date herewith.  Accordingly,

IT IS HEREBY ORDERED that this action is dismissed with prejudice.

SO ORDERED, this the   22nd   day of December, 2006.


                                    s/ David Bramlette
                              UNITED STATES DISTRICT JUDGE